```
                          United States Bankruptcy Court
                           Eastern District of California
In re:                                                   Case No. 11-32690-C
Paul James Donges                                        Chapter 7
JoAnn Marie Donges
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0972-2          User: admin          Page 1 of 1          Date Rcvd: Sep 09, 2011
                              Form ID: L51         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2011.
tr            +Michael D. McGranahan,    PO Box 5018,   Modesto, CA 95352-5018

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 11, 2011         Signature: _____

FORM L51 Final Decree  (v.7.06)

11-32690 - C - 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**9/9/11**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

## FINAL DECREE

**Case Number:** 11-32690 - C - 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Paul James Donges
xxx-xx-3130

P.O. Box 2040
Manteca, CA 95336

JoAnn Marie Donges
xxx-xx-9361

P.O. Box 2040
Manteca, CA 95336

**Trustee:**　　Michael D. McGranahan
PO Box 5018
Modesto, CA 95352

**Telephone Number:**　　(209) 524-1782

**Office of the United States Trustee:**

For cases in the Sacramento Division and Modesto Division:　501 I Street, Room 7-500, Sacramento, CA 95814
For cases in the Fresno Division:　2500 Tulare Street, Suite 1401, Fresno, CA 93721

　　It appearing to the court that the Trustee in the above-entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
9/9/11

For the Court,
Wayne Blackwelder , Clerk